857 A.2d 648

IN THE MATTER OF CAROLYN E. ARCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 219801965).

September 22, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–020, concluding that **CAROLYN E. ARCH** of **NEWARK**, who was admitted to the bar of this State in 1965, and who thereafter was suspended from the practice of law for a period of three months effective February 5, 2004, by Order of the Court filed January 8, 2004, and who remains suspended at this time, should be suspended from the practice of law for a concurrent period of three months for violating *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.15(b) (negligent misappropriation of client funds), and *RPC* 1.15(d) (failure to comply with record-keeping rules), and good cause appearing;

It is ORDERED that **CAROLYN E. ARCH** is suspended from the practice of law for a period of three months and until the further Order of the Court, retroactive to February 5, 2004; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.